**LIFESCAN SCOTLAND, LTD., Appellant**

v.

**PHARMATECH SOLUTIONS, INC., Appellee.**

**No. 2015–1149.**

United States Court of Appeals, Federal Circuit.

Jan. 20, 2016.

Dianne B. Elderkin, Akin, Gump, Strauss, Hauer & Feld, LLP, Philadelphia, PA, argued for appellant. Also represented by Steven D. Maslowski, Jason Weil.

John J. Shaeffer, Fox Rothschild, LLP, Los Angeles, CA, argued for appellee. Also represented by Jeffrey H. Grant; William A. Rudy, Denver, CO.

Scott Weidenfeller, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Stacy Beth Margolies.

DYK, O'MALLEY, and STOLL, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**